UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CROWN CELL INC,

        Plaintiffs,

    v.

ECOVACS ROBOTICS INC,

        Defendants.

Case No.  21-cv-07890-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 5/20/22 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  5/6/22

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 7/29/22.

DESIGNATION OF EXPERTS: 7/29/22; REBUTTAL: 8/26/22;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/16/22.

DISPOSITIVE MOTIONS **SHALL** be filed by; 10/3/22;
    Opp. Due: 10/17/22; Reply Due: 10/24/22;
    and set for hearing no later than 11/18/22 at 10:00 AM.

Pretrial Paperwork Due:  2/21/23;
PRETRIAL CONFERENCE DATE: 3/14/23 at 3:30 PM.

JURY TRIAL DATE: 3/28/23 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: February 23, 2022

_____
SUSAN ILLSTON
United States District Judge