UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CELL INC,<br><br>       Plaintiffs,<br><br>v.<br><br>ECOVACS ROBOTICS INC,<br><br>       Defendants. | Case No.  21-cv-07890-SI  (SI)<br><br>**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  9/26/2022

ADR:  Court sponsored mediation no later than 12/20/2022.

FURTHER CASE MANAGEMENT: 1/20/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.  (1/13/2023).

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/20/23.

DESIGNATION OF EXPERTS: 2/20/23; REBUTTAL: 3/20/2023;
       Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/10/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by: 5/8/2023;
       Opp. Due: 5/22/2023; Reply Due: 6/5/2023;
       and set for hearing no later than 7/14/2023 at 10:00 AM.

Pretrial Paperwork Due:  8/8/2023;
PRETRIAL CONFERENCE DATE: 8/22/2023 at 3:30 PM.

JURY TRIAL DATE: 9/5/2023 at 8:30 AM.
       Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 16, 2022

_____
SUSAN ILLSTON
United States District Judge