UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CELL INC,<br><br>        Plaintiffs,<br><br>v.<br><br>ECOVACS ROBOTICS INC,<br><br>        Defendants. | Case No. 21-cv-07890-SI  (SI)<br><br>**SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR:  Early Neutral Evaluation to be completed before:  4/21/2023.

FURTHER CASE MANAGEMENT: 4/28/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.  (4/21/2023).

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 4/21/2023.

DESIGNATION OF EXPERTS: 5/12/2023; REBUTTAL: 5/29/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/16/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by: 6/30/2023;
    Opp. Due: 7/14/2023; Reply Due: 7/28/2023;
    and set for hearing no later than 8/11/2023 at 10:00 AM.

Pretrial Paperwork Due:  9/12/2023;
PRETRIAL CONFERENCE DATE: 9/26/2023 at 3:30 PM.

JURY TRIAL DATE: 10/10/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** review Judge Illston's Civil Pretrial Instructions found online. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: January 20, 2023

_____
SUSAN ILLSTON
United States District Judge