| | |
|---|---|
| 1 | LAW OFFICE OF JASON INGBER |
|   | Jason Ingber, Cal. Bar No. 381323 |
| 2 | 1515 South Holt Avenue, #200 |
|   | Los Angeles, CA 90035 |
| 3 | Telephone:  310.270.0089 |
|   | Email:         jasonmingber@gmail.com |
| 4 | |
| 5 | Attorneys for Plaintiff Crown Cell Inc. |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
LAURA L. CHAPMAN, Cal. Bar No. 167249
333 S. Hope Street, 43rd Floor
Los Angeles, CA  90071
Telephone:  213.620.1780
Facsimile:   213.620.1398
E mail        lchapman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
SOFYA ASATRYAN, Cal. Bar No. 327482
12275 El Camino Real, Suite 100
San Diego, CA  92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691
Email:         sasatryan@sheppardmullin.com

Attorneys for Defendant Ecovacs Robotics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN CELL INC., | Case No.3:21-cv-07890-SI |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | *[[Proposed] Order Of Dismissal filed herewith]* |
| ECOVACS ROBOTICS, INC. | |
| Defendant. | The Honorable Susan Illston |
| | Complaint Filed:   October 7. 2021 |

Plaintiff Crown Cell Inc. and Defendant Ecovacs Robotics, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims for relief and parties. Plaintiff agrees not to file any other action in any tribunal based on facts alleged in the Complaints on file in this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 16, 2023        LAW OFFICES OF JASON INGBER

By: ___/s/ Jason Ingber___
JASON INGBER
Attorneys for Plaintiff Crown Cell, Inc.

Dated: February 16, 2023        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/ Laura L. Chapman___
LAURA L. CHAPMAN
SOFYA ASATRYAN
Attorneys for Defendant Ecovacs Robotics, Inc.

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: February 16, 2023        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/ Laura L. Chapman___
LAURA L. CHAPMAN
SOFYA ASATRYAN
Attorneys for Defendant Ecovacs Robotics, Inc.